IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTHONY C. DUMAS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Case No. 17-cv-480-bbc

---

Petitioner Anthony C. Dumas seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than July 12, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 19, 2016 through the date of the petition, June 19, 2017.

ORDER

IT IS ORDERED that:

1. Petitioner Anthony C. Dumas may have until July 12, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before July 12, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 20th day of June, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge