IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY C. DUMAS,

    Petitioner,                                           JUDGMENT IN A CIVIL CASE

v.                                                         Case No. 17-cv-480-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Anthony C. Dumas for a petition for a writ of habeas corpus under under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 10/5/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |