# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY C. DUMAS,
    Petitioner,

v.

17-CV-786

UNITED STATES OF AMERICA,
    Respondent.

**NOTICE OF APPEAL**

REC'D/FILED 2017 OCT 23 PM 12:26
PETER OPPENEER CLERK US DIST COURT WD OF WI

NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

    NOTICE, is hereby given that Anthony C. Dumas pro se Petitioner in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's order denying Dumas's petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging a 2008 sentence enhancement, entered in this action on the 5th day of October, 2017. From the final judgment of criminal conviction in case number 08-cr-7.

RESPECTFULLY SUBMITTED:

/s/ Anthony C. Dumas

ANTHONY C. DUMAS #06572-090
P.O. Box 1000
Oxford, WI 53952

Dated this 18th day of October, 2017.
Placed in the institution mail-box on October 18, 2017